NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1322

### ELI LILLY AND COMPANY,

Plaintiff-Appellee,

v.

### TEVA PHARMACEUTICALS USA, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of Indiana in case no 1:06-CV-1017, Judge Sarah Evans Barker.

ON MOTION

Before NEWMAN, Circuit Judge.

## ORDER

Teva Pharmaceuticals USA, Inc. moves to expedite the briefing schedule and the scheduling of oral argument. Eli Lilly and Company oppose. Teva replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. No extensions of time should be anticipated.

FOR THE COURT

MAY 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 12 2009

JAN HORBALY
CLERK

cc: Edward H. Rice, Esq.
Charles E. Lipsey, Esq.

s19